# IN THE UNITED STATE DISTRICT COURT FOR THE WESTREN DISTRICT OF

## TEXAS

### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZAN A. ABDELKARIM SHAREF | § | |
| Plaintiff | § | |
| | § | |
| V.S | | CAUSE NUMBER: 5:21-cv-00429 |
| | § | |
| RELIANCE DELIVERY COMPANY, LLC | § | |
| Defendant | § | |

FILED

MAY 1 3 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Exhibits

### TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, YAZAN A.SHAREF files the Following Important Documents In Order

**To Help Solving the Pending Discrimination Case** at **THE WESTREN DISTRICT OF**

**TEXAS SAN ANTONIO DIVISION, Whereas** the PLAINTIFF'S Original Complaint was filed with the Equal Employment Opportunity Commission EEOC on 07/31/2020 after the dynamic of My Employment started to go towards the final unlawful termination that caused me to be completely Unemployed for the second time the same year, in which happened to be a few weeks after returning to work.

My Employment was effected by the COVID19 in the beginning of the year while being on an approved 10 Days Family Vacation. And due to the Global Lockdown that was also happening in the Country of Jordan at

the time I was stocked outside the United State for Over 90 Days in which I started to face the discrimination at work.

And after receiving the Right to sue Letter from the Equal Employment Opportunity Commission EEOC On 02/04/2021 the case was filed to the District Court Clerk Office, on 04\29\2021 I was Informed over the Phone by the Defendant's attorney that my case will be dismissed as he already requested the Removal on my Complaint along with the general denial to the federal court.

All of the Following Exhibits will be attached on the Same as Following:

**Exhibits**

    **Exhibit#1_** A Written Email Settlement Offer.

    **Exhibit#2_** A Proof of performance Letter Yazan Sharef from Mr:Eric Moral before the dynamic of My Employment changed.

    **Exhibit#3_** EEOC Signed Charge of Discrimination Letter.

    **Exhibit#4_** Defendant's Statement to the Unemployment Hearing Court 02/05/2021.

    **Exhibit#5_** Plaintiff's Statement to the Unemployment Hearing Court 02/05/2021.

    **Exhibit#6** On a separate sheet I have attached a Total of 2 USP Memory Drive, each USP Memory Drive Contains a copy of the same Video, this Video Contains the voice sounds of Mr: Tom Mclean the Owner Of Reliance Delivery Company from the Unemployment Hearing Court that was scheduled on 02/05/2021, in the video Mr: Tom McLean was speaking to the Unemployment Officer .
and he was Reading From his own Statement that the Company provided for the Unemployment hearing court, in the **Exhibit #4** where the Amazon Manager statement {David} it says that I have parked to toss the trash which the exact Opposite of what Mr:Tom's said in regards.  This false accusation along with the Retaliation Against me from my employer continued to happen even after I was Unlawfully terminated.
as I was prevented by my previous employer from receiving any of my unemployment benefits. Ultimately the Unemployment rejected my unemployment Application as **Exhibit #7** explains.

    **Exhibit#7_** Unemployment Determination Letter.

Date : 5-13-2021

**Signature of Plaintiff**

## CERTIFICATE OF SERVICE

I, Yazan A Sharef, Plantiff ProSe, do here by certify that on the 13th Day of May , 2021, a true and correct copy of the Foregoing pleading was forward to, the attorneys For Reliance Delivery Company LLC, Via email as Following:

Scott McCarty (semccarty@osgclaw.com)

Carlo Garcia (cglaw@osgclaw.com)

OLIVA SAKS GARCIA & CURIEL LLP
14255 Blanco Rd.
San Antonio, Texas 78216

ProSe : Yazan Abdullah Abdelkarim Sharef 601 N. Santa Rosa, Apt. B2 San Antonio, Texas 78207 yazansharef@icloud.com

Date : 05/13/2021

Signature of Plantiff

# Case#2021CI02331 - Exhibits EEOC Complaint and A Written Settlement Offer

May 10, 2021 at 10:36 AM

From Yazan Sharef

To cglaw@osgclaw.com, semccarty@osgclaw.com

Cc Yazanshared.reliance@gmail.com

⏣ 🖺 Proof of E...zan Sharef.pdf 163.75 KB, 🖺 Yazan Shar...2020 02 05.pdf 1.44 MB,
🖺 Signed Cha...rimination.pdf 70.76 KB, 🖺 Exhibit2.mp4 11.73 MB

To Defendant's Attorneys in the Case#2021CI02331
Yazan A Sharef
Vs
Reliance Delivery Company.

Dear Respected Attorneys!
As you will Find a total of 4 attachments You will also find another clear exhibit video. this Video
Contains the voice sounds of your clients Mr: Tom Mclean with a spotting on his pdf responds, this PDF
respond was sent by Mr: Tom Mclean and Eric Moral regarding my unemployment's benefit qualification
court, NOTE that I have been retaliated against even after my termination occurred and until this
moment , I have not received any of my unemployment benefits due to his false accusation As I was
accused Driving over a stop Sign in the Amazon Parking and other false accusations.
in the video Mr: Tom McLean was speaking to the Unemployment Officer .
and as you look at his own Statement he provided at the Unemployment hearing court the statement
tells that I have parked to toss the trash and i was never driving the van at the time when that accident
occurred,
Please Note that this Video exhibit along with the other attachments will be entered and used to solve
my case at the federal court.
this Email will serve you as the 3rd attempt to make a settlement before we move on through the court
process.

My Damages are so much More Then the Numbers that I have asked in my original complaint, as this
unlawful terminations have accumulated a huge financial damages on me and my family during the
COVID19 Pandemic hardship that we all going through, not to mention the accumulated child support
and and rent and physical, Mental, emotional damages and debts, therefore I will still Accepting the
Same Compensation That I prayed to the court in my Original Complaint to Fairley compensate me, the
Compensation amount I am asking for this settlement is no less then $350,000.00 three hundred fifty
thousand dollars only .

Respectfully!

Yazan A Sharef
901-530-8435

# Exhibit 1



**Reliance Delivery Co.**

February 13, 2020

To whom it may concern:

The following is to confirm that Yazan A. Sharef is employed at Reliance Delivery Company (the "Company" or "Reliance") in the position of Delivery Associate. Reliance Delivery is a delivery contractor to the largest online retailer in the United States. The Company has approximately 60 employees.

Mr. Sharef has been employed with Reliance since October 31, 2019. His responsibilities as a Delivery Associate include:

- Independently delivering anywhere from 200 – 300 packages per day to customers which include retail customers and/or businesses;
- Safely drive a delivery vehicle throughout San Antonio and its surroundings;
- Communicate with dispatch and/or customer support on delivery challenges and propose troubleshooting approaches;
- Train and coach entry-level Delivery Associates;
- Coach under-performing Delivery Associates on leading practices to improve their delivery efficiency, safety, and quality.

Mr. Sharef has distinguished himself as one of the top Delivery Associates at Reliance. He has been recognized for his delivery efficiency, his ability to teach and coach colleagues, and his teaming and willingness to help colleagues that are falling behind on their routes.   As a result of being a top performer Yazan has been given additional responsibilities which include:

- Dispatching a team of up to 30 drivers;
- Coordinating the delivery operations of up to 30 routes (approximately 5,000 packages);
- Troubleshooting operations;
- Making recommendations on operational performance improvements and programs.

Since he was hired, Yazan has been a highly valued member of the team at Reliance, and we hope he continues being one long term.

Sincerely yours,

Erik Moral
General Manager
Reliance Delivery Company

**Exhibit 2**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 451-2020-03083 |

**TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **YAZAN A ABDELKARIM SHAREF** | **(901) 530-8435** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **601 N SANTA ROSA APT B2, SAN ANTONIO,TX 78207** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **RELIANCE DELIVERY COMPANY, LLC** | **101 - 200** | **(832) 622-6061** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1120 N FOSTER RD, SAN ANTONIO, TX 78219** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **03-04-2020**  Latest **09-09-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about October 27, 2019, I was hired as a **Delivery Associate Driver** by Eric Moral (Owner). My initial pay rate was $15.00 per hour and two months later I received a pay increase of $1.00 and with this increase I voluntarily started to do more management work such as hiring and training new driver and dispatch and more. I was one of the top employees and I received a letter from Mr. Moral that i requested to state my ability of leading a team to show at the court for my divorcee case. I constantly worked to improve the Respondent's operations by training new employees. However, I was on 10 days Vacations and due to covid19 i was stuck in the country of Jordan, meanwhile I was stuck outside the US; I Offered to work virtually by dispatch and 101 coaching to the team and making training videos, however Mr.Tom Mclean has hold my paycheck for 2 months, also I purchase international phone plan and Mr. Moral never paid me back. after I returned to the US and on the same day Mr. Moral had his partner Mr. Mclean to send me out to work when I already informed Mr. Moral that I was signed on 14-day quarantine and I felt that I'm being discriminated against, and Mr. Mclean has started to assign me to La Vernia routs and I was

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *When necessary for* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I hav... is true to the best of my kr... SIGNATURE OF COMPLAINANT |
| **Digitally signed by Yazan Abdelkarim Sharef on 10-27-2020 08:36 AM EDT** | SUBSCRIBED AND SWORN TO... *(month, day, year)* |

# Exhibit 3

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 451-2020-03083 |

| **TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

**written up after two un approved customers complaints that I received on the same route, 'note that I requested from Mr. Mclean to assign me for downtown routes so I can still be able to assist other drivers but 2 weeks after he decided to send me back on other routes, I was also unfairly suspended after I had an accident with a vehicle that was malfunctioning in the van that Mr. Mclean wanted me to drive on that day specifically, and ultimately I was terminated after a dispatcher (which the best friend of Mr. Mclean) accused me that I refused to re-deliver a packages which I already attempted and after I was done with my route I was sent to help out another driver and by the time I was doing the dispatcher's order the friend of Mr. Mclean (the dispatcher) was texting me on my personal phone which I had it away to drive safely and by the time I returned back we had an argument of why I didn't see the messages. In addition, one of the owners (Mr. Mclean), made two comments that I believe that were discriminatory in nature. One of the comments was that I requested a day off to go to court and Mr. Mclean said to me, good luck with today and Robberies, for which I responded, Thank you! But I'm just striving to get my kiddos a better life. And he never apologized back and I felt very insulted, and the second time he made another joke saying 'Yaz you have your first stop going to San Antonio Jail make sure not to take no bumps with you' and everyone started to laughed. Also, I was not paid correctly. The first time, I did not receive my 80 hours of pay, I complained to Mr. Moral and told him that I already signed 2 write ups for the same matter and he had my best friend to sign for the 2 write ups and Mr. Moral responded that my pay was reduced because I received two complaints from two customers in the same route. On July 31, 2020, I was not paid correctly. This time and I reminded him when Ms. Katherine had a major accident she was only put on one-week suspension without a pay cut, Mr. Moral informed with a simple text, 'Yaz the van damage cost us a lot.' Additionally, I complained that I almost everyone was receiving overtime for 3 weeks in the roll. Mr. Mclean said Amazon keep cutting routs and if you want I can see if someone call out you take their route, and he referred to an old conversation that I asked him to take weekends off and said that I requested to no work weekends, which is not true because I always worked on weekends whenever overtime hours were available in the same time other drivers were pushed to take 2 days of over time. I believe I was discriminated because of my Race, White; National Origin, Jordanian; Religion, Muslim; and that I was retaliated in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Yazan Abdelkarim Sharef on 10-27-2020 08:36 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Yazan Sharef 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


Unemployment Case: Appeal # 2638596 Date of Hearing: 2-5-21 @ 1:30PM

Yazan Sharef 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

TWC Account: 16-383328-0


Reason for termination: Fired due to refusal to obey management, poor safety record, reckless driving, vehicle damage, property damage and manipulation of safety software to get higher bonus.

Date of Events:

7-3-20

Employee sited two times.

1) for mishandling packages/ no obeying a customers request



**Amazon.com**
To: Erik Moral >                    7/4/20

**Tier 2 Infraction – Yazan A Sharef**

Hello Reliance Delivery Company, LLC

You are receiving this message because the following DA committed a Tier 2 infraction:

DA Name: Yazan A Sharef
Tracking: TBA079358030401
Station: DSX3
Date of Occurrence: 07/03/2020
Infraction: DA reputation - Package Mishandling - Not following Customer Delivery Instructions.
Additional Details: Package was delivered to the garage and the instructions say to deliver to the back porch .

Delivery Tip: Always check the delivery app for customer-provided delivery



New Message

**Exhibit 4**

2) Damaging property

< 72                                    ∨



**Amazon.com**                  7/4/20
To: Erik Moral >

# Tier 2 Infraction- Yazan A Sharef

Your Account    Amazon.com



## Message From Customer Service

Hello Erik,

You are receiving this message because the following DA committed a Tier 2 infraction:

DA Name:Yazan A Sharef
Tracking#: TBA079305835701
Station: DSX3
Date of Occurrence: 07/03/2020
Infraction:DA reputation - Unsafe driving behavior - Property damage
Additional Details: driver backed out of customer driveway after delivery, and drove over lawn landscaping causing damage

Delivery Tip: Safety is our top priority. Remember to obey all traffic laws, including speed limits, to keep yourself and the community safe. If any accidental property damage occurs during a delivery, please call driver support immediately and have the customer or community member call Amazon customer service if a claim is needed.

Please take this time to ensure that the appropriate actions are taken to coach this driver. If you have supporting

🗑        🗀        ↩        ☑

**New Message**

Yazan Sharef 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

Employee given 2 separate writeups.  Both indicated that further writeups could result in termination. 1st writeup was for the property damage and failure to follow the customers directions.



**Reliance Delivery Co.**

**Disciplinary Write-up**

You have been issued a **disciplinary write-up** for any one of the following reasons:

    A.  Failure to contact Dispatch prior to returning to station
    B.  Late arrival to a shift
    C.  Refusal to execute a rescue as instructed by Dispatch or any other type of insubordination
    D.  Behavior that is not professional (towards any Stakeholder; client, peer, supervisor, vendor)
    E.  Lack of care towards Company property
    F.  Infraction (disciplinary)
    G.  Other (explained verbally during the issuance of the write-up)

Additional write-ups (disciplinary or other) may result in your termination.

Date:       07/05/2020

Employee name:     yazan sharef

Enter A-G reason for write-up from above:    F - Infraction (disciplinary)

Signature of acknowledgement:

2nd write up was for safety.  Sited for unsafe driving

Yazan Sharef 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



## Reliance Delivery Co.

### Safety Write-up

You have been issued a **safety write-up.**  A safety write-up is issued to any DA who fails to follow safety guidelines or rules and/or exhibits unsafe behavior including:

A. Failure to wear a seatbelt (either as recorded by vehicle telemetric devices or observed)
B. Speeding
C. Failure to follow station safety rules including but not limited to speed limit, stops, lane changes in loading area
D. Unsafe driving as indicated by low FICO score observed
E. Failure to follow COVID-19 prevention measures including: face-covering and social distancing
F. Property damage (vehicle or other)
G. Other safety matter (specified at the time of issuance of this write-up)

Additional write-ups (disciplinary or other) may result in your termination.

Date:    07/05/2020

Employee name:    yazan sharef

Enter A-G reason for write-up from above:    D - Unsafe driving (FICO)

Signature of acknowledgement:

On 7-20-20, employee crashed a company vehicle on clients property.  Damage caused to client property and roughly $10,000 worth of damage to the vehicle he was driving.  Employee stated that the vehicle has malfunctioned.  Video surveillance was pulled by the client and client provided statement.

Thursday, July 23, 2020

**Erik Moral**

Hi David.  I know it is your day off.  Just wondering if you were able to get the video of Yaz's incident and if you could share with us.    2:19 PM

**Muha, David**

My understanding is that LP is currently on leave and am not sure when will be back. I would have to have approval to share from LP. I have seen video though and can confirm he pulled up to trash can driver side opened door to toss trash out, closed door and quickly accelerated forward. He did not see the sign and he didn't brake until after running over sign. Based on what I saw in video my assessment is that the malfunction was caused by the driving and not the other way around.    2:55 PM

Yazan Sharef 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

In summary, employee was found to not be paying attention and in a rush. He was speeding through a parking lot and drove over stop sign and dragged it 20 feet before stopping.

On 7-26-20, employee was suspended for 1 week. Employee was told over the phone that this was his last chance and further incidents would not be tolerated.

On 8-18-20, it was brought to our attention by our client that Yazan had not registered a safety score since July 6 with the vehicle telemetrics even though he had been driving the company vehicle. It had been noted by the client that he was seen going over the posted speed limit upon returning to the station but vehicle telemetrics did not register the incident. Yazan was switched to a different vehicle that was reporting correct telemetrics.



On 8-28-20, Yazan still had not registered a safety score since July 6. Employee was notified that this would be investigated by software company and by the client (Amazon).

On 9-2-20, Yazan began registering a safety score.

On 9-9-20, it was concluded that Yazan had been manipulating the application on his phone to stop the safety score from registering. Software company said that the application was being forced stopped 5 miles into a 100 mile drive thereby registering that employee drove vehicle but no safety score generated. Performance bonus was based off of safety score so when no score was generated, employee automatically got full bonus every pay period. Employee's management access to safety scores was immediately pulled and company owner was contacted that evening. Yazan's safety score was released to show his poor performance. He

Yazan Sharef 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

was ranked number 100 out of 102 drivers.

**RELD at DSX3 - Week 37**

DA Current Week Performance

Yazan Sharef 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

On 9-9-20, while on shift, Yazan refused a direct task from his dispatcher (manager) by refusing to redeliver a package. Instead he returned to station 4 hours before the end of his shift. While discussing the issue with dispatcher, Yazan was disrespectful. Another driver had to deliver the packages even though Yazan had 4 hours left on his shift. Attached is testimony of the dispatcher.

**Subject:** yaz incident
**From:** octaviano solis jr <osolis65@gmail.com>
**Date:** 9/9/2020, 5:49 PM
**To:** Erik Moral <emoral@reliancedelivery.com>

yaz finished with his route and i had instructed hilton help out paul beasley cause he was quite behind but he only ended up taking 20 packages only knowing he should have taken more. i had also texted him about a reattempt he had to do due to it being an escalation by a customer. He ignored my text and just showed up at the station. i explained to him the situation about the reattempt that it need to be done but said he was not gonna do it because he was already back so i followed with explaining that he has to always call before he rts know matter if it's after a rescue. he started being rude and i did not want to cause a scene so i told him to clock out and go home cause even if i tried to make him go out and do that reattempt he was gonna refuse.

The combination of all of the incidents listed above resulted in owner calling Yazan and firing him on 9-9-20. Even though it was clear that the employee embezzled money from the company by manipulating his safety score and getting a maximum bonus, Reliance decided not to pursue employee for the money.

On or about October 27, 2019, I was hired as a Delivery Associate Driver by Eric Moral (Owner). My initial pay rate was 150$ a day. I started to get more tasks and do more management work such as posting for hiring and training new driver and dispatch and and create training videos per Mr: Eric's Request, to help the management with what I'm able to do at work,  and due to my performance I was one of the top employees and two months later I received a pay increase of $1 as the following attachments explains.





I was putting a lot of Time and Effort At work and getting a lot of promises to be promoted as a DSP Manager on the new DSP or to be a DA coach By Mr:Eric And Tom, witch this was unintentionally Bothering other Drivers like "Drew And Octavius -Tiny" Both were Tom And Eric's Best friends so they get the privilege on any thing that become available, even though there was other people were much skilled and talented to do what they get by just being close friends to Eric and Tom. I was representing

**Exhibit 5**

the Company with the other services providers, Helping the drivers understand the app and solving Tech problems with the supportive Apps Such as DamageId And Ementor.





I constantly worked to improve the Respondent's operations by training new employees and giving Eric some the management support and Tips.

I requested a 10 days Vacations, to go visit my family and due to covid19 I was stuck in the country of Jordan, meanwhile I was stuck outside the US; I worked virtually by dispatch and 101 coaching to the team and making training videos,

however Mr.Tom Mclean has hold my paycheck for 2 months, also I purchase international phone plan to be able to communicate with Drivers when I'm dispatching $300 and Mr. Moral promised to pay me but never paid me back.

After I returned to the US and on the same day Mr. Moral had his partner Mr. Mclean to send me out to work, 2 hours before I told Mr. Moral that I was "put on 14-day quarantine", in result he ignored the fact that Sending me on the road after a trip of 32 hours flying from Jordan can be a Huge risk on my safety and Others specially during COVID19 by over work me when I'm mentally, and physically exhausted.





Mr: paid me cash illegally, as they used to name it "Under Cover" and violated all the safety rules include his own company's safety policy by his Un fair works Tasks that I was receiving.

Tiny and Drew were Complaining a lot about any single thing that I miss, weather a missing clock in punch or finishing early as I was finishing my route the earliest one among my peers, in return Mr. Mclean started to assign me to La Vernia routs or what it's more was like the Trap routes. Were I I received 2 customers complaints from the same subdivision on the same day!!

2 complaints with no evidence or anything to prove what I did except those people were friends or maybe relatives of Mr: Tom .

and since I had manager access to the system I was able to find and investigate the infractions to support my denial.

you may review screenshots below and note that it is extremely rare for even new careless delivery driver to receive 2 infractions on the same route in the same area 4 minutes apart!?



I delivered the package to a safe location place but regardless Mr: Eric decided to proceed with having me to sing 2 write ups and reduce my paycheck as the first punishment.



After that I requested from Mr. Mclean to assign me for downtown routes so I can still be able to assist other drivers and avoid being in risk again and help push up my Ementore  Scores, I had more than "7 days" of Unknown missing scores, I reported to Tom to submit an IT ticket with but nothing changed.





In addition, one of the owners (Mr. Mclean), made several comments throughout my employment at Reliance Delivery that I believe that were discriminatory in nature. One of the comments was that I requested a day off to go to court and Mr. Mclean said to me, good luck with today and Robberies, for which I responded, Thank you! But I'm just striving to get my kiddos a better life and I felt very Discriminated against.



Ultimately I was Accuse and ended up terminated and accused, that I refused to re-deliver a packages which I already made 3 attempts and eventually he told me by the phone to bring them back to the stations, then he sent me to go help out another driver and by the time I was driving and doing the dispatcher's orders. (Tiny) was texting me on my personal phone which I had it away to drive safely and by the time I returned to the station back he started to question me on why I didn't respond to his texts and I was fired 2 hours due to it.







I believe I was discriminated because of my Race, White; National Origin or Religion, and that I was retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.





on top of FedEx Express® shipping label here.



Express

# Envelope



Express

**Extremely Urgent**

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely.
For shipping terms and conditions and our limits of liability, refer to the
applicable FedEx Express shipping document, the current FedEx Service
Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping
locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2011 FedEx 155478/155478 REV 3/18



See how FedEx connects the world in responsible and resourceful ways at
**environment.fedex.com**. Join our efforts by recycling this FedEx envelope.

Insert shipping
document here.

# Exhibit 6



# TEXAS WORKFORCE COMMISSION

COMMISSION APPEALS RM. 678
101 E. 15TH ST.
AUSTIN, TX 78778

FAX (512) 475-2044
TEL. 1-800-432-4218
claimants www.texasworkforce.org/ubs
employers www.texasworkforce.org/ebs

02/22/2021

YAZAN A ABDELKARIM SHAREF
601 N SANTA ROSA ST APT B2
SAN ANTONIO, TX 78207-3115

| | |
|---|---|
| Claimant: | YAZAN A. ABDELKARIM SHAREF |
| SSN: | XXX-XX-6228 |
| Claim ID: | 05/03/2020 |
| Case#: | 2638596-2 |

The claimant's communication of February 19, 2021 has been received and is being referred to the Commission for consideration as an appeal to the Commission from the decision made by the Appeal Tribunal.

The Commission will review the case as soon as it is reached on the Commission docket. The decision of the Commission is normally rendered on the basis of the evidence submitted during the previous hearing. However, if the Commission requires additional evidence, a hearing will be scheduled and all parties will be notified of the date and place of the hearing.

You will be notified in writing of the Commission's decision as soon as they have completed their review of the entire record in the case.

You may check the status of your appeal at any time by visiting us on the web at (claimants) www.texasworkforce.org/ubs or (employers) www.texasworkforce.org/ebs.

**PLEASE REFER TO THE ABOVE CASE NUMBER IF YOU CALL OR WRITE TWC REGARDING THIS APPEAL.**

A7M

RELIANCE DELIVERY COMPANY LLC
% ERIK MORAL
13401 SUNSET BAY LN
PEARLAND, TX 77584-2174

# Exhibit 7



See reverse side for instructions

# TEXAS WORKFORCE COMMISSION
## Austin, Texas

### FINDINGS AND DECISIONS OF COMMISSION
### UPON REVIEW OF CLAIM FOR BENEFITS

**MAR 2 3 2021**

Date Mailed

C
L
A
I
M
A
N
T

YAZAN A ABDELKARIM SHAREF
601 N SANTA ROSA ST APT B2
SAN ANTONIO, TX 78207-3115

Case Number:
2638596-2

E
M
P
L
O
Y
E
R

RELIANCE DELIVERY COMPANY LLC
% ERIK MORAL
13401 SUNSET BAY LN
PEARLAND TX 77584-2174

Social Security Number:
XXX-XX-6228

Prior Decision Date:
February 10, 2021

Appeal Filed by:        Claimant

The Commission has considered the appeal filed from the Appeal Tribunal decision identified above and, after due consideration of the decision and the complete record herein, is of the opinion that the case was properly decided by the Appeal Tribunal. The Commission hereby adopts the findings of fact and conclusions of law of the Appeal Tribunal, as if the same were copied herein in full.

The decision of the Appeal Tribunal is in all respects affirmed.

The last day a timely appeal may be filed is _____**APR 0 6 2021**_____ . This date includes holidays and weekends as authorized by Commission Rule.

Bryan Daniel
Commissioner Representing the Public

Aaron Demerson
Commissioner Representing Employers

I dissent

Julian Alvarez
Commissioner Representing Labor





# TEXAS WORKFORCE COMMISSION

COMMISSION APPEALS RM. 678
101 E. 15TH ST.
AUSTIN, TX 78778

FAX (512) 475-2044
TEL. 1-800-432-4218
claimants www.texasworkforce.org/ubs
employers www.texasworkforce.org/ebs

04/06/2021

YAZAN A ABDELKARIM SHAREF
601 N SANTA ROSA ST APT B2
SAN ANTONIO, TX  78207-3115

| | |
|---|---|
| Claimant: | YAZAN A. ABDELKARIM SHAREF |
| SSN: | XXX-XX-6228 |
| Claim ID: | 05/03/2020 |
| Case#: | 2638596-3 |

The claimant's communication of April 5, 2021 has been received and is being referred to the Commission for consideration as a motion for rehearing, or reconsideration, of the decision rendered by the Commission.

The Commission will review the case as soon as it is reached on the Commission docket. The decision of the Commission is normally rendered on the basis of the evidence submitted during the previous hearing. However, if the Commission requires additional evidence, a hearing will be scheduled and all parties will be notified of the date and place of the hearing.

You will be notified in writing of the Commission's decision as soon as they have completed their review of the entire record in the case.

You may check the status of your appeal at any time by visiting us on the web at (claimants) www.texasworkforce.org/ubs or (employers) www.texasworkforce.org/ebs.

**PLEASE REFER TO THE ABOVE CASE NUMBER IF YOU CALL OR WRITE TWC REGARDING THIS APPEAL.**

YEA

RELIANCE DELIVERY COMPANY LLC
% ERIK MORAL
13401 SUNSET BAY LN
PEARLAND, TX  77584-2174



COMMISSION APPEALS
Texas Workforce Commission
101 East 15TH Street, Room 678
Austin TX 78778-0001

YAZAN A ABDELKARIM SHAREF
601 N SANTA ROSA ST APT B2
SAN ANTONIO, TX  78207-3115