AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
November 24, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: __MGR__
DEPUTY

Yazan A. Abdekarim Sharef )
)
)  Civil Action No. 5:21cv429-XR
Reliance Delivery Company, LLC )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: On this date, the Court considered Defendant's motion to dismiss (ECF No. 24). No response was filed, and the time to do so has now passed. For the reasons discussed more fully below, the Court GRANTS the motion. Plaintiff shall take nothing by his claims and his claims are dismissed without prejudice. All other pending motions (ECF Nos. 23, 29, 31, and 32) are DENIED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Xavier Rodiriguez

Date: 11/24/2021

*CLERK OF COURT* JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*

Print   Save As...   Reset