IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZAN A. ABDEKARIM SHAREF, | § | |
| *Plaintiff,* | § | SA-21-CV-00429-XR |
| vs. | § | |
| RELIANCE DELIVERY COMPANY, LLC, | § | |
| *Defendant.* | § | |

## **ORDER**

Before the Court in the above-styled cause of action is Plaintiff's Motion for Order Compelling Disclosure or Discovery and/or Motion for Order Striking Defensive Pleadings and Entry of Default Judgment [#37], which was referred to the undersigned for disposition on November 29, 2021. By his motion, Plaintiff, who is proceeding *pro se*, asks the Court to compel the parties to comply with a previous order that they confer and reschedule a deposition for a mutually agreeable date and time and requests other relief. Plaintiff's motion was filed on November 24, 2021, the same day the District Court denied Plaintiff's motion for default judgment, granted Defendant's motion to dismiss for failure to state a claim on its merits, entered judgment, and closed this case. It appears that Plaintiff's motion to compel discovery and the Clerk's Judgment were docketed more or less simultaneously and that Plaintiff was not aware of the closure of this case when he filed his motion. As this case is closed, Plaintiff's motion to compel discovery is moot.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Order Compelling Disclosure or Discovery and/or Motion for Order Striking Defensive Pleadings and Entry of Default Judgment [#37] is **DISMISSED AS MOOT**.

**IT IS SO ORDERED.**

SIGNED this 1st day of December, 2021.

                              ELIZABETH S. ("BETSY") CHESTNEY
                              UNITED STATES MAGISTRATE JUDGE