IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YAZAN A. ABDEKARIM SHAREF,<br>*Plaintiff,*<br><br>v.<br><br>RELIANCE DELIVERY COMPANY, LLC,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-21-CV-00429-XR |

## ORDER

On this date, the Court considered Plaintiff's motion for entry of judgment. ECF No. 41. Plaintiff asks the Court to enter a judgment pursuant to Rules 58, 59, and 79 of the Federal Rules of Civil Procedure. *Id.* at 1. A judgment, however, has already been issued in this case. *See* ECF No. 36. Further, the allegations in the instant motion have nothing to do with the allegations in Plaintiff's originally filed complaints. To the extent Plaintiff seeks a judgment related to the allegations he submits in the instant motion, the motion is improper.

Accordingly, Plaintiff's motion for entry of judgment is hereby **DENIED** as moot. ECF No. 41. The Clerk's Office is **DIRECTED** to mail a copy of this order and the Clerk's Judgment at ECF No. 36 to Yazan A. Abdekarim Sharef, 832 E. Grayson Street, Apt. 201, San Antonio, TX 78208. Plaintiff is reminded that this case is now **CLOSED**.

It is so **ORDERED**.

**SIGNED** this June 6, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE