IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
June 07, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| YAZAN A. ABDELKARIM SHAREF<br>Plaintiff § § § § § § § § § § § §<br>v.<br>RELIANCE DELIVERY COMPANY, LLC<br>Defendant | Case Number: 5:21-cv-00429 |

## PLAINTIFFS MOTION FOR ENTRY OF JUDGMENT
## RULE 58 , RULE 59 , RULE 79

Before the Court in the Above-styled case , Plaintiff Yazan A Abdelkarim Sharef , Who's Proceeding *P R O S E*

Urgently Asking the Honourable Cour to to rule it's Judgment on Motion for Judgment on the Pleadings that was entered by Judge Xavier Rodriguez. On December 10-2021 for As Explained in the following :

The Plaintiff Yazan A Abdelkarim Sharef Moves the Court To Grant the Motion For Entering Of Final Judgment Under rule 58 (a) Separate Document. Every judgment and amended judgment must be set out in a separate document, but a separate document is not required for an order disposing of a motion: (1) for judgment under Rule 50(b); (2) to amend or make additional findings under Rule 52(b); (3) for attorney's fees under Rule 54; (4) for a new trial, or to alter or amend the judgment, under Rule 59; or (5) for relief under Rule 60. (b) Entering Judgment. (1) Without the Court's Direction. Subject to Rule 54(b) and unless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign, and enter the judgment when: (A) the jury returns a general verdict; (B) the court awards only costs or a sum certain; or (C) the court denies all relief. (2) Court's Approval Required. Subject to Rule 54(b), the court must promptly approve the form of the judgment, which the clerk must promptly enter, when: (A) the jury returns a special verdict or a general verdict with answers to written questions; or (B) the court grants other relief not described in this subdivision (b) (c) Time of Entry. For purposes of these rules, judgment is entered at the following times: (1) if a separate document is not required, when the judgment is entered in the civil docket under Rule 79(a); or (2) if a separate document is required, when the judgment is entered in the civil docket under Rule 79:

(a) and the earlier of these events occurs: (A) it is set out in a separate document; or (B) 150 days have run from the entry in the civil docket. (d) Request for Entry. A party may request that judgment be set out in a separate document as required by Rule 58(a) (e) Cost or Fee Awards. Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4 (a) (4) as a timely motion under Rule 59.

## ***SUMMARY***

Plaintiff's Yazan A Sharef is filing this Motion to Rule Urgently on the Motion for Judgment on the Pleadings that was entered by Judge Xavier Rodriguez. On December 10-2021 as to plaintiff Had DICLINED to Jointly Proposing the Scheduling Order with the defendants attorneys on 07/13/2021 **See Doc 8**.

Plaintiff's Yazan A Sharef  explained  the reasons for objecting to Jointly filing the scheduling with the defendants Attorneys as explained in his motion for the judgment on the Pleadings that was filed on  10-18-2021 **See Doc 23**, therefore the plaintiff's Yazan A Abdelkarim Sharef is Urgently Asking the court under rule 58 to rule on The Motion for Judgment on the Pleadings that was entered by Judge Xavier Rodriguez. On December 10-2021.

Plaintiff's Yazan A Sharef Had Clearly DICLINED to Jointly schedule The Case Procedures including the trial dates that was proposed by the defendants attorneys to be conducted on July 11-2022. **See Doc 29**

Plaintiff's Yazan A Abdelkarim believes that A Major Corruption was happening on his case by the Judge Xavier Rodriguez's clerk stuff as they were intentionally obstructing justice by creating a duplication on his filings **See Doc 25 Doc 26 Doc 27 Doc 28**,

On June 7 2022 the plaintiff's visited the new court house **and peacefuly asked for help at the clerk office waiting area when the Clerk staff were laughing at him as he was trying to get his Serious claims of Terrorism to be Heard or taking in consideration by the Honourable Court as a plaintiff alleged in his motion for entry of judgment Doc 41, the plaintiff was offered help by the Mrshal Officers mike badge number:3581, the officer had collected the case information and went to the clerk staff which they provided him with false information on the case proceduers and adviseed the marshal Officer mike   that "the case is dismissed and if the plaintiff's wants to appeal the Judgment that was posted on 11-24-2021 or to file new lawsuit if plaintiff's desire" Officer Mike said .**
 **the plaintiff's was asked by the officer Mike badge number3581 who was offering Unrequested free legal advice and claiming to be a helping officer, the Officer  asked the Plaintiff's  to have a dialogue With the same lady who was laughing and giggling at him few minutes before the officer show up and when the plaintiff refused to have A dialogue Or even an Eye contact with the clerk staff Lady,  the officer asked the plaintiff's to leave the court building,  the plaintiff's explained that he was asking specifically in regards to the Judge Motion for Judgment on the Pleadings from 12-10-2021 not the Judgment from 11-24-2021 the Officer accused the plaintiff of miss understanding the case procedures And informed the plaintiff's that he will have either one of two options, to leave on his own or the Officer will use force on him, the plaintiff's decided to go back to seating area where he was peacefully settling and calling for help the , Officer took initiative And used unnecessary force and grabbed thr plaintiff's arms and handcuffed the plaintiff's and escorted him outside the court.**

**Meanwhile the plaintiff was being escorted and  handcuffed One of the senior age security staff told the Plaintif to "get out of here" referring to the court house and waved with his hands towardthe doors.**

Plaintiff's signature:

Respectfully Submitted,

Plaintiff: Yazan A Sharef

Address: 832 E Grayson St APT 201

San Antonio, Texas 78208 .

Email: yazansharef@icloud.com

Monday June 7th 2022

Yazan A Sharef

# CERTIFICATE OF SERVICE

I.Yazan A Abdelkarim Sharef, Plaintiff, Who's Proceeding *PRO SE* , Do here by certify that on Monday June 7th of 2022 A True And Correct Copy of The, Foregoing document and Exhibit was forward To Reliance Delivery Company LLC Representation, Via Email .

Mr: Scott E. McCarty  Mr: R. Carlo Garcia
State Bar No: 00790744
State Bar No. 24094826
E-mail: cglaw@osgclaw.com
E-mail: semccarty@osgclaw.com
Attorneys for Reliance Delivery Company, LLC